**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6324

TIMOTHY BALLANGER, a/k/a Timothy Terrell Ballanger,

Petitioner - Appellant,

v.

WARDEN KING,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:21-hc-02188-FL)

Submitted:  July 24, 2023                              Decided:  August 7, 2023

Before GREGORY and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Terrell Ballanger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Terrell Ballanger, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition. We have reviewed the record and discern no reversible error. Accordingly, we affirm the judgment of the district court. *Ballanger v. Warden King*, No. 5:21-hc-02188-FL (E.D.N.C. Mar. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*